FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0199

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0199

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LAVODRICK TERELLE HOGUES,

      Defendant and Appellant.

## ORDER

Penelope S. Strong, Counsel for Appellant Lavodrick Terelle Hogues, has filed a motion to allow her to withdraw as Hogues' counsel and appoint the Office of the Appellate Defender (OAD) to represent Hogues.

IT IS HEREBY ORDERED that the motion to withdraw is GRANTED.

IT IS FURTHER ORDERED that OAD shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this order appointing counsel. In the event Hogues qualifies for appointed counsel, OAD shall immediately order any necessary transcripts.

The Clerk is directed to provide copies of this Order to Penelope S. Strong, the Office of the Appellate Defender, the Attorney General's office, and Lavodrick Terelle Hogues personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2022